# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1088
Lower Tribunal No. 2025-DR-002001

_____

ERNIE BLAZEFF,

Appellant,

v.

VLADIMIR OHAYON,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Gerald P. Hill, II, Judge.

April 17, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and NARDELLA and PRATT, JJ., concur.


Kevin P. Cox, Lakeland, for Appellant.

Jeffrey I. Burry, of Victor Smith Law Group, P.A., Winter Haven, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED